# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

LAURA GRIFFIN
CLERK OF COURT

HANNAH LAUCK
CHIEF JUDGE

**Acknowledgement of Receipt**

The court is in receipt of your complaint/petition. The case has been assigned as outlined below. Please make sure to include this case number on all future filings and correspondence made in connection with this matter.

Caption: Rojas v. HML Group LLC, et al.

Case Number: 1:26-cv-02877-RDA-LRV

Please mail future filings and correspondence made in connection with this matter to:

Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314