FILED
11/2/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Virginia

Case Number: 1:26-cv-02877-RDA-LRV

Plaintiff:
**Jorge Alejandro Rojas**

vs.

Defendant:
**HML Group LLC**

For:
Jorge Rojas

Received by ARMENHYL GROUP LLC on the 7th day of October, 2026 at 7:48 pm to be served on **HML Group LLC; d/b/a Hail Max Leads c/o Zain Iftikhar, 8401 Mayland Dr Ste S, Richmond, VA 23294.**

I, Victoria Nelson, being duly sworn, depose and say that on the **13th day of October, 2026** at **2:02 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Letter; Complaint; Local Rule 83.1 (N) Certification; Civil Cover Sheet; Summons in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Allison Tate** as **Authorized Agent** at the address of: **8401 Mayland Dr Ste S, Richmond, VA 23294**, who stated they are authorized to accept service for **HML Group LLC; d/b/a Hail Max Leads c/o Zain Iftikhar**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
10/13/2026 2:02 pm 8401 Mayland Dr Ste S, Richmond, VA 23294, Documents accepted by Allison Tate-Authorized agent.

**Description** of Person Served: Age: 27, Sex: F, Race/Skin Color: Caucasian, Height: 5'3", Weight: 115, Hair: Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on 10-15-26 by the affiant who is personally known to me.

NOTARY PUBLIC

FANNIE GREENHOW
NOTARY PUBLIC
REG. #00384821
MY COMMISSION EXPIRES JULY 31 2029
COMMONWEALTH OF VIRGINIA

**Victoria Nelson**
Process Server

**ARMENHYL GROUP LLC**
**25 North Liberty Street**
**Harrisonburg, VA 22802**
**(866) 276-3649**

Our Job Serial Number: WLM-2026005540
Ref: 1:26-cv-02877-RDA-LRV

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V